# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRANCISCO RAMON DIAZ, JR.,<br><br>Defendant. | CASE NO. 99cr0684-BTM<br><br><br>**ORDER DENYING REQUEST FOR "EXTRADITION"** |

By letter dated July 1, 2008, defendant Francisco Diaz requests the he be "extradited" to federal court to serve any sentence for violation of supervised release.  He is presently serving a state sentence.

On July 12, 2006, the court issued an Order to Show Cause and a warrant for Diaz' alleged violation of supervised release.  The warrant has been lodged as a detainer.  A defendant has no right to be brought from a state penal institution where he is serving a sentence to a federal court on a writ of habeas corpus to answer a supervised release violation petition.  <u>United States v. Garrett</u>, 253 F.3d 443 (9th Cir. 2001).  No cause has been shown to writ Diaz over to federal court while he is serving his state sentence.  Adjudication of the order to show cause can await completion of the state sentence.  Therefore, the request for "extradition", being treated as a motion for a writ of habeas corpus, is DENIED.

A copy of this order shall be sent to Mr. Diaz' defense counsel, Federal Defenders.  Defendant may renew his application on a showing of good cause.

**IT IS SO ORDERED.**

DATED:  July 23, 2008

_Barry Ted Moskowitz_
Honorable Barry Ted Moskowitz
United States District Judge

Cy:   Francisco Ramon Diaz Jr., #F-39417
     California Correctional Institution
     Unit - I - GYM - 7 Low
     PO Box 107
     Tehachapi, CA 93581

99cr0684